UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80334-CV-SMITH

LOUIS BACCARI,

      Petitioner,

v.

MARK S. INCH,

      Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report of Magistrate Judge [DE 17], in which she recommends that Petitioner's federal habeas petition be denied, and final judgment be entered in favor of Respondent.

To "challenge the findings and recommendations of the magistrate, a party must . . . [file] written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989). "Upon receipt of objections meeting the specificity requirement set out above . . . [the district court] . . . make[s] a *de novo* determination of those portions of the report, proposed findings, or recommendation to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate." *Id.* "The district judge reviews legal conclusions *de novo*, even in the absence of an objection." *Lacy v. Apfel*, No. 2:97-CV-153-FTM-29D, 2000 WL 33277680, at *1 (M.D. Fla. Oct. 19, 2000) (citing *Cooper–Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)).

Petitioner has not filed any objections to the Report of Magistrate Judge. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

ORDERED that:

1)      The Report [DE 17] is **AFFIRMED AND ADOPTED**:

     a.      the Petition [DE 1] is **DENIED**;

     b.      no certificate of appealability shall issue; and

     c.      **FINAL JUDGMENT** is entered in favor of Respondent.

2)      All pending motions not otherwise ruled on are **DENIED AS MOOT**.

3)      This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 15th day of November 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:
Louis Baccari
615791
Calhoun Correctional Institution
Inmate Mail/Parcels
19562 SE Institution Drive
Blountstown, FL 32424
PRO SE

Lindsay Ayn Warner
Office of the Attorney General
1515 North Flagler Drive
Suite 900
West Palm Beach, FL 33401
561-268-5246
Fax: 561-837-5108
Email: lindsay.warner@myfloridalegal.com